United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SANTA M., | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00845 |
| WARDEN, El Valle Detention Center, | § | |
| *et al*., | § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondents' "Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ"), and Respondents' "Advisory" (Dkt. No. 15).

On October 15, 2026, Respondents filed an Advisory informing the Court of Petitioner's voluntary departure from the United States. Dkt. No. 15. The Court concludes from this filing that the Petition is now moot.[1] For the Court to retain subject matter jurisdiction over this case, a petition must continue to present a live case or controversy. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). Otherwise, the case is moot, and the Court is deprived of jurisdiction. A case becomes moot when it is "impossible for a court to grant any effectual relief whatever to the prevailing party." *Herndon*, 985 F.3d at 446 (quoting *Knox v. Serv. Emps. Int'l Union, Loc. 1000*, 567 U.S. 298, 307 (2012)).

Here, Petitioner challenges the legality of her civil immigration detention and seeks release from Respondents' custody. Dkt. No. 1 at 22; *see also id*. at 12. Because Petitioner's voluntary departure presupposes her release from Respondents' custody, there is no longer a live case or controversy for which this Court can offer relief.

---

[1] Because mootness "is a jurisdictional matter [,]" courts are "obliged" to raise the issue "sua sponte." *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).

For these reasons, the Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte. Respondents' MSJ (Dkt. No. 13) is further **DENIED as moot**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 16, 2026

Rolando Olvera
United States District Judge